# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**344.1**
**CA 10-02022**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

DAVID SMALLEY AND JUDITH SMALLEY,
PLAINTIFFS-RESPONDENTS,

                          V                                    ORDER

HARLEY-DAVIDSON MOTOR COMPANY, INC.,
AND STAN'S HARLEY-DAVIDSON, INC.,
DEFENDANTS-APPELLANTS.

---

QUARLES & BRADY LLP, MILWAUKEE, WISCONSIN (LARS E. GULBRANDSEN, OF THE WISCONSIN BAR, ADMITTED PRO HAC VICE, OF COUNSEL), AND HARTER SECREST & EMERY LLP, ROCHESTER, FOR DEFENDANTS-APPELLANTS.

LADUCA LAW FIRM, LLP, ROCHESTER (MICHAEL STEINBERG OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered July 29, 2010. The order, insofar as appealed from, granted the cross motion of plaintiffs for leave to amend the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 25, 2011                        Patricia L. Morgan
                                                Clerk of the Court